CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 13 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| DONELL J. BLOUNT, SR., | ) | CASE NO. 7:12CV00476 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| SGT. LARRY ROSS COLLINS, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that defendants' motions for summary judgment (ECF Nos. 27 & 37) are **DENIED IN PART AND GRANTED IN PART**, as stated in the memorandum opinion; plaintiff's motion to strike and motion for sanctions (ECF No. 32) is **DENIED** as moot; all claims against the John Doe defendants are **DISMISSED** without prejudice under Rule 4(m) of the Federal Rules of Civil Procedure; plaintiff's motion for jury trial (ECF No. 42) is **GRANTED**; and the case shall be set for trial before a 7-member jury at the court's earliest convenience in the United States Courthouse in Big Stone Gap, Virginia, in the division of this court where the cause of action arose.

**ENTER**: This 13th day of August, 2013.

_____
Chief United States District Judge