CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 25 2013

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| DONELL J. BLOUNT, SR., | ) | CASE NO. 7:12CV00476 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| SGT. LARRY ROSS COLLINS, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's recent submissions (ECF Nos. 51 & 52) are **CONSTRUED** as a motion for interlocutory injunctive relief, which is **DENIED** in this case; but the clerk is **DIRECTED** to file a copy of these documents in a new and separate civil action under 42 U.S.C. § 1983 against Defendant Sgt. Larry Ross Collins. In that new civil action, the court will issue conditional filing orders instructing plaintiff of the steps he must take to pursue his retaliation claim against Collins, which include the exhaustion of administrative remedies.

ENTER: This 25th day of October, 2013.

/s/ Glen E. Conrad
Chief United States District Judge