IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DONELL J. BLOUNT, SR., | ) | CASE NO. 7:12CV00476 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| SGT. LARRY ROSS COLLINS, *ET AL.*, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

| | | |
|---|---|---|
| DONELL J. BLOUNT, SR., | ) | CASE NO. 7:13CV00505 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| SGT. LARRY ROSS COLLINS, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that Blount's objections to the report and recommendation are **OVERRULED**; the report and recommendation is **ADOPTED** in its entirety, and Blount's motions for preliminary injunctive relief are **DENIED**.

ENTER: This 24th day of April, 2014.

_____
Chief United States District Judge